UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS TAMU WHITE,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIN COUNTY HOUSING AUTHORITY, et al.,<br><br>        Defendants. | Case No. 24-cv-03684-RFL<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

      On June 20, 2024, Plaintiff Travis Tamu White filed a complaint against Defendants (Dkt. No. 1), alleging civil rights violations under 41 U.S.C. Section 1983.  On January 27, 2025, Plaintiff's uncle filed a letter informing the Court that Plaintiff had passed away.  (Dkt. No. 14.)

      The Court has a duty to verify that Plaintiff has in fact passed and that his estate and/or successor-in-interest does not intend to pursue the Section 1983 claims as a survival action.  If Plaintiff (or his estate or successor-in-interest) oppose dismissal, they are ordered to show cause by filing a written response with the Court.  On the other hand, if there is no opposition to dismissing the claims, no response is required.  If no filing is made by March 21, 2025, the case shall be dismissed with prejudice under Rule 41(b) for failure to prosecute.  Fed. R. Civ. Pro. 41(b).  The Clerk is ordered to provide a courtesy copy by mail of this order to Plaintiff's uncle.

      **IT IS SO ORDERED.**

Dated: February 5, 2025

                                                      RITA F. LIN<br>
                                                    United States District Judge